Case 04-71727   Doc 31   Filed 08/29/08   Entered 08/29/08 08:16:32   Desc Main
         Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: STEPHEN R. SHEPARD & TERESA A. SHEPARD  Case Number: 04-71727
1047 SHADOW WOOD DRIVE   SSN-xxx-xx-7677 & xxx-xx-6360
BYRON, IL  61010

Case filed on: 3/31/2004
Plan Confirmed on: 6/14/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,485.00   Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 1,576.67 | 1,576.67 | 1,576.67 | 0.00 |
|  | Total Priority | 1,576.67 | 1,576.67 | 1,576.67 | 0.00 |
| 999 | STEPHEN R. SHEPARD | 0.00 | 0.00 | 6.05 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 6.05 | 0.00 |
| 001 | FIRST NORTHERN CREDIT UNION | 17,600.00 | 17,600.00 | 17,600.00 | 2,569.05 |
| 003 | NATIONAL CITY MORTGAGE COMPANY | 3,431.82 | 3,431.82 | 3,431.82 | 0.00 |
|  | Total Secured | 21,031.82 | 21,031.82 | 21,031.82 | 2,569.05 |
| 001 | FIRST NORTHERN CREDIT UNION | 1,263.86 | 0.00 | 0.00 | 0.00 |
| 002 | GENERATIONS CREDIT UNION | 9,018.77 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 703.91 | 0.00 | 0.00 | 0.00 |
| 005 | RESURGENT CAPITAL SERVICES | 11,304.82 | 0.00 | 0.00 | 0.00 |
| 006 | BLAINS FARM & FLEET | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FIFTH THIRD BANK | 2,060.98 | 0.00 | 0.00 | 0.00 |
| 008 | HELZBERG DIAMONDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | I.D.E.S. | 1,269.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 387.06 | 0.00 | 0.00 | 0.00 |
| 011 | MCCBG / LINENS N THINGS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | WELLS FARGO FINANCIAL NATIONAL BANK | 2,183.48 | 0.00 | 0.00 | 0.00 |
| 013 | ROUNDUP FUNDING LLC | 155.30 | 0.00 | 0.00 | 0.00 |
| 014 | THE HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RESURGENT CAPITAL SERVICES | 5,011.68 | 0.00 | 0.00 | 0.00 |
| 016 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RESURGENT CAPITAL SERVICES | 2,067.75 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 35,426.61 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 59,399.10 | 23,972.49 | 23,978.54 | 2,569.05 |

Total Paid Claimant:   $26,547.59
Trustee Allowance:     $1,937.41
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 08/28/2008          By  /s/Heather M. Fagan